UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Estrada,<br><br>        Plaintiff,<br><br>v.<br><br>Diamondcrest Investment Services,<br>Inc., et al.,<br><br>        Defendants. | Case No. 2:19-cv-08194-AB-AGR<br><br>ORDER DISMISSING CIVIL ACTION |

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 20, 2020     _____

                           ANDRÉ BIROTTE JR.
                           UNITED STATES DISTRICT JUDGE